```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 03495
   RAYMOND L KURZINSKI
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-7679
```

---
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/28/07 and confirmed on 08/09/07.

   2.  The case was converted to Chapter 7 after confirmation, 12/12/2007.

   3.  The Debtor paid a total of $   3925.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOMEQ | CURRENT MORTG | .00 | .00 | .00 |
| HOMEQ | MORTGAGE ARRE | 12948.92 | .00 | .00 |
| LITTON LOAN SERVICING IN | SECURED | .00 | .00 | .00 |
| DAVID TAUSSIG & ASSOC IN | SECURED | 930.37 | .00 | 260.47 |
| GRUNDY COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| NISSAN MOTOR ACCEPTANCE | SECURED VEHIC | 19000.00 | 142.98 | 1684.74 |
| PRAIRIE RIDGE TOWNHOMES | SECURED | 1743.25 | .00 | 203.35 |
| INTERNAL REVENUE SERVICE | PRIORITY | 91.19 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 2413.26 | .00 | .00 |
| BENNETT & DELONEY PC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| NISSAN MOTOR ACCEPTANCE | UNSECURED | 955.26 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 191.80 | .00 | .00 |

         Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 34622.54 | 91.19 | 3560.32 | .00 | 38274.05 |
| PRINCIPAL PAID | 2148.56 | .00 | .00 | .00 | 2148.56 |
| INTEREST PAID | 142.98 | .00 | .00 | .00 | 142.98 |
| TOTAL PAID | 2291.54 | .00 | .00 | .00 | 2291.54 |

The Debtor's attorney, PATRICK A MESZAROS        , was allowed $   3000.00
and was paid $    691.00   direct and $   1512.58  through the plan.

The Trustee received $    120.88 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability

in this case.

Dated: 03/11/08                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE

                              PAGE   2
        CASE NO. 07 B 03495 RAYMOND L KURZINSKI